BLANK ROME, LLP
Attorneys for Plaintiff
STEMCOR (USA) INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEMCOR (USA) INC.,

    Plaintiff,

-against-

TEXAS AMERICAN SHIPPING CORP.,
a/k/a TASC,

    Defendant.

---

07 Civ.

**JUDGE CASTEL**

**07 CIV 6150**

RULE 7.1 STATEMENT

RECEIVED JUN 29 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff STEMCOR (USA) INC. certifies that, according to information provided to counsel by its clients, STEMCOR (USA) INC is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            June 29, 2007

                                      BLANK ROME, LLP
                                      Attorneys for Plaintiff
                                      STEMCOR (USA) INC.

                                      By: _____
                                          Jack A. Greenbaum (JG 0039)
                                      The Chrysler Building
                                      405 Lexington Ave.
                                      New York, NY 10174-0208
                                      (212) 885-5000