USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone: (212) 885-5284
Fax: (917) 332-3834
Email: JGreenbaum@BlankRome.com

# MEMO ENDORSED

*Order of Dismissal dated and filed September 6 (Doc #9) is vacated nunc pro tunc to time of entry.*

September 7, 2007  SO ORDERED.



9-7-07

**BY HAND**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

RECEIVED SEP 0 7 2007 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

Re: Stemcor USA Inc. v.
TASC a/k/a Texas American Shipping Company
07 Civ. 6150
Our Ref.: 600261.00602

Dear Judge Castel:

We received electronic notice of your Order dismissing this action without prejudice to reopening it within 30 days if a settlement is not consummated.

We ask that you withdraw your Order *nunc pro tunc* because a sum of $32,000 is under attachment pursuant to Supplemental Rule B, and must remain within the court's jurisdiction pending settlement. When the settlement agreement is signed, the attorneys for both parties will submit a consent order which will direct the garnishee bank to whom to release the restrained funds, and discontinue the action. We expect to have the agreement signed within a few days.

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

JAG:eb
cc: **VIA EMAIL**
Patrick Lennon

600261.00602/6573461v.1

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong