Castel, J

BLANK ROME, LLP
Attorneys for Plaintiff
STEMCOR (USA) INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEMCOR (USA) INC.,

    Plaintiff,

-against-

TEXAS AMERICAN SHIPPING CORP.,
a/k/a TASC,

    Defendant.

07 Civ. 6150 (PKC)

**CONSENT ORDER**

    WHEREAS on June 29, 2007 STEMCOR (USA) INC ("STEMOR") filed this action against TEXAS AMERICAN SHIPPING CORP., a/k/a TASC ("TASC") and obtained the issuance of Process of Maritime Attachment and Garnishment ("PMAG"), which was subsequently served on JP Morgan Chase Bank, among others, and

    WHEREAS JP Morgan Chase Bank has reported restraining funds of TASC pursuant to said PMAG, and

    WHEREAS the parties have agreed said funds are to be released to STEMCOR,

    NOW, on the subjoined consent of the parties attorneys, it is

600261.00602/6579279v.1

ORDERED that the aforesaid PMAGs are hereby vacated and that JC Morgan Chase Bank shall transfer all funds it holds pursuant to the PMAG to the following account:

    Deutsche Bank, AG
    New York, NY
    ABA #:    026-003-780
    Swift #:    DEUTUS33
    Beneficiary:    Stemcor USA Inc.

It is further

ORDERED that upon the aforesaid transfer of funds this matter shall be discontinued with prejudice and without costs to either party.

Dated: October   , 2007

                              HON. P. KEVIN CASTEL
                              United States District Judge

                              10-4-07

Entry of the above order is consented to.

Blank Rome LLP
Attorneys for Plaintiff

by _____
    Jack A. Greenbaum (JG 0039)
405 Lexington Ave.
New York, N.Y. 10174
(212) 885-5000


Lennon, Murphy & Lennon, LLC
Attorneys for Defendant

By _____
    Patrick F. Lennon (PL 2612)
Tide Mill Landing
2425 Post Road
Southport CT 06890
(203) 258-5528

2

600261.00602/6579279v.1